YEHUDA BARSEL, M.D. v. WOODBRIDGE TOWNSHIP
ZONING BOARD OF ADJUSTMENT.

June 8, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 75)

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. M.J.T.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT SIBELLA.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. COREY P. WEBB.

June 8, 1983.

Petition for certification denied.